IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MITCHELL SCHWARTZ, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 09-841 |
| v. | : | |
| | : | |
| LAWYERS TITLE INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of January 2010, upon consideration of Defendant Lawyers Title Insurance Company's Motion to Dismiss Amended Complaint (Doc. No. 23), Plaintiffs' Response in Opposition to the Motion to Dismiss (Doc. No. 25), Defendant's Reply in Support of the Motion to Dismiss (Doc. No. 27), and for the reasons stated in the Opinion dated January 14, 2010, it is **ORDERED** as follows:

1. Defendant Lawyers Title Insurance Company's Motion to Dismiss (Doc. No. 23) is **DENIED**.

2. Defendant shall file an Answer to Plaintiffs' Amended Complaint (Doc. No. 21) no later than twenty-one (21) days from this Order.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.