IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MITCHELL SCHWARTZ, et al., : CIVIL ACTION
:
    Plaintiff, : NO. 09-841
:
v. :
:
LAWYERS TITLE INSURANCE CO., :
:
    Defendant. :

## ORDER

**AND NOW**, this 18th day of June 2010, upon consideration of Defendant's Motion to Stay Proceedings Pending a Pennsylvania Supreme Court decision in <u>White v. Conestoga Title Ins. Co.</u> (Doc. No. 41), Plaintiff's Response in Opposition (Doc. No. 43), Defendant's Reply in Support of the Motion (Doc. No. 44), Plaintiff's Notice of Subsequent Authority (Doc. No. 45), and Defendant's Notice of Subsequent Authority (Doc. No. 46), it is **ORDERED** that Defendant's Motion to Stay (Doc. No. 41) is **GRANTED**. It is **FURTHER ORDERED** that this matter shall be placed in suspense until further Order of the Court.[1]

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.

---

[1] Once a final judgment is entered by the Pennsylvania Supreme Court in <u>White</u>, either party may request that this case be returned to the active docket of this Court. If and when the matter is returned to the active docket, this Court will hold a status conference to determine how to proceed with this matter. At that point, the Court will make a final decision as to whether McCarran-Ferguson would pre-empt the RICO claim from going forward.