IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MITCHELL AND RANDI SCHWARTZ, AND EDWARD AND MARY BURNSIDE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAWYERS TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. ~~09-679~~ 09-841 |

## ORDER

**AND NOW**, this 29th day of August 2013, upon consideration of Defendant Lawyers Title Insurance Company's Motion to Dismiss Count One of the Second Amended Complaint (Doc. No. 67), Plaintiffs' Response in Opposition (Doc. 71), Defendant's Reply (Doc. 77), the arguments of counsel for the parties at a hearing on the Motion held on February 15, 2013, and the supplemental briefs filed by both parties (Doc. Nos. 84, 85), and for the reasons stated in the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant Lawyers Title Insurance Company's Motion to Dismiss Count One of the Second Amended Complaint is **DENIED**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.